

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-13-00662-CR

James Fuller **FITZGERALD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-112
The Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due January 21, 2014.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2014.

Keith E. Hottle
Clerk of Court